UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **CASE NO. CR 13-0816 YGR** |
| Plaintiff, | ) ) | [PROPOSED] **FINAL ORDER OF FORFEITURE** |
| v. | ) ) | |
| ALAN DANIEL WILSON, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

On July 29, 2015, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

    a.   $14,969 in United States Currency,

pursuant to Title 21, United States Code, Section 853(a).

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a).  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: October 20, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge